UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT PARHIZGAR and
OZRA ESFANDIARI,

      Plaintiffs,

v.                                          Case No:  8:20-cv-1188-T-02SPF

DENNIS MANNING,

      Defendant.
_____/

## PLAINTIFFS' UNOPPOSED MOTION FOR ORDER DIRECTING CLERK TO DISBURSE COURT REGISTRY FUNDS

Plaintiffs, ROBERT PARHIZGAR ("**Robert Parhizgar**") and OZRA ESFANDIARI ("**Ozra Esfandiari**") (collectively the "**Plaintiffs**"), by and through their undersigned counsel, pursuant to Local Rule 3.01, file this Unopposed Motion for Order Directing Clerk to Disburse Court Registry Funds ("**Unopposed Motion for Release of Court Registry Funds**").

In support of the relief requested in this Unopposed Motion for Release of Court Registry Funds, the Plaintiffs state as follows:

### PROCEDURAL BACKGROUND

1.     On June 19, 2020, the Court entered an Order granting the Plaintiffs' Verified Emergency Motion for Temporary Restraining Order with Notice ("**Temporary Restraining Order**") (Doc. 35).  The Temporary Restraining Order provided, *inter alia*, that the Plaintiff shall post a security bond on or before Tuesday, June 23, 2020, by depositing $10,500.00 with the Clerk of the Court.

2.     On June 23, 2020, as directed by the Court, the Plaintiff deposited $10,500.00 into the registry of the court under Receipt Number OCA-11271 (Doc. 41).

1

3. On June 26, 2020, the Parties participated in a mediation conference in this case (Doc. 39).

4. This case was completely settled by the Parties at the mediation conference. See Mediation Disposition Report (Doc. 42).

**UNOPPOSED MOTION FOR RELEASE OF COURT REGISTRY FUNDS**

5. Based on the above and foregoing, the Plaintiffs file this Unopposed Motion for Release of Court Registry Funds, moving the Court for entry of an Order directing the Clerk of Court to release to the undersigned Counsel for the Plaintiffs all funds deposited into the court registry, less any funds required by statute or other applicable law required to be retained.

WHEREFORE, the Plaintiffs, Robert Parhizgar and Ozra Esfandiari, move the Court for entry of an Order directing the Clerk of Court to release to the undersigned Counsel for the Plaintiffs all funds deposited into the court registry, less any funds required by statute or other applicable law required to be retained.

**Local Rule 3.01(G) Certification**

The undersigned hereby certifies that he has conferred with counsel for the Defendant via email correspondence regarding this Unopposed Motion for Release of Court Registry Funds, and the Defendant has no objection to the relief sought in this Motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Unopposed Motion for Release of Court Registry Funds, has been furnished via CM/ECF to counsel and parties of record on June 29th, 2020.

Frank Charles Miranda, P.A.

*Frank C. Miranda*
Frank C. Miranda, Esquire
F.B.N.: 111627
3226 W. Cypress St.
Tampa, FL  33607
Telephone: (813) 254-2637
Facsimile: (813) 258-9873
Primary Email: frank@fcmlaw.com
Secondary Email: lourdes@fcmlaw.com
Attorney for Plaintiffs Robert Parhizgar and Ozra Esfandiari
